No. 96–8884. LACHICA v. MEDICAL COLLEGE OF WISCONSIN ET AL. C. A. 7th Cir. Certiorari denied. F. 3d 110.

No. 96–8886. BELL v. HUNT, GOVERNOR OF NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 96–8890. RODRIGUEZ v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–8896. FABIAN v. METROPOLITAN DADE COUNTY ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–8923. BLAISDELL v. PENAROSA, ACTING WARDEN. Sup. Ct. Haw. Certiorari denied.

No. 96–8938. PETERSON v. SHANKS, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 96–8939. BARBARY v. STURM ET AL. Ct. App. Wis. Certiorari denied. 

No. 96–8941. SINGH v. COMMISSIONER OF SOCIAL SERVICES, CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. 

No. 96–8956. OWENS v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 96–8959. LONGFELLOW v. DELAWARE. Sup. Ct. Del. Certiorari denied. 

No. 96–9015. WALKER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. 

No. 96–9020. WHYTE v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. 

No. 96–9036. GREER v. PARKE, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied. 

No. 96–9049. ARTEAGA v. TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES. Sup. Ct. Tex. Certiorari denied.